**Opinion issued February 19, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00948-CV

————————————

## IN THE INTEREST OF S.E.W., a Child

———————————————————————————————

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-06519J**

———————————————————————————————

## MEMORANDUM OPINION

Appellant, L.W., has filed a motion to dismiss her appeal from the trial court's order terminating her parental rights to her minor child. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant failed to include a certificate of conference in her

motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.